UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORENE OPAVA-RUTTER<br><br>             Plaintiff,<br><br>   v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT<br><br>             Defendants. | Case No.: 2:19-cv-02065-CJC-SS<br><br>**ORDER RE STIPULATION AND JOINT MOTION FOR REMAND AND BRIEF IN SUPPORT**<br><br>Honorable Cormac J. Carney<br>United States District Judge |

Based upon the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. That this matter be remanded to the United States Office of Personnel Management for further administrative proceedings and the development of a full and complete record of a new agency final decision.

/ / /

/ / /

/ / /

ORDER RE STIPULATION AND JOINT MOTION FOR REMAND AND BRIEF IN SUPPORT

2. That the proceedings before this court be stayed pending the outcome of the administrative process.

3. The parties shall provide the Court a report at the conclusion of the administrative process.

Dated: June 21, 2019

BY THE COURT:

_____
HONORABLE CORMAC J. CARNEY
United States District Judge